| | |
|---|---|
| 1 | RONALD M. ARLAS, ESQ. #59091 |
| 2 | ARLAS & SMITHTON |
| | 100 Wood Hollow Drive |
| 3 | Novato, CA 94945 |
| | (415) 878-5390 |
| 4 | Fax (415) 878-3595 |
| 5 | ron.arlas@greenpoint.com |

EDWARD R. BUELL III, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ted.buell@greenpoint.com

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOPEZ, | Case No. _____ |
| Plaintiff, | Alameda Superior Court Case No: RG07336961 |
| vs. | NOTICE OF REMOVAL |
| GMAC MORTGAGE CORP., GREENPOINT MORTGAGE FUNDING, INC., EXECUTIVE TRUST DEED SERVICES, INC., and DOES 1-20, | [28 U.S.C. §1446(d)] |
| Defendants. | |

To the Judges of the United States District Court for the Northern District of California:

The notice of removal of defendant GREENPOINT MORTGAGE FUNDING, INC. ("GPM") respectfully shows as follows:

1. On July 23, 2007, an action was commenced against defendant in the Superior Court of California, County of Alameda, Case No. RG07336961, entitled <u>Marcos Lopez v. GMAC Mortgage Corporation USA, GreenPoint Mortgage Funding, Inc, Executive Trust Deed Services, Inc, and Does 1-20</u>.

2. On July 27, 2007, GPM, through its registered agent for service of process, received by express mail a Summons and Complaint for the above-entitled case. Plaintiff also sent by express mail an Order to Show Cause and Temporary Restraining Order ("TRO"), an Order Setting Bond, and an Ex Parte Application for a TRO and Order to Show Cause Re; Preliminary Injunction. The OSC is currently set to be heard on August 1, 2007. Copies of all documents that have been received by GPM are attached hereto for the Court's reference as Exhibit A.

3. The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendant GPM pursuant to the provisions of 28 U.S.C. §1441(b). Plaintiff's complaint arises under the Real Estate Settlement and Procedures Act ("RESPA") which is codified at 12 U.S.C §2601 *et seq.* and the Federal Fair Debt Collection Practices Act ("FDCPA") codified at 15 U.S.C. §1692 *et seq.* This Court has Supplemental Jurisdiction over the remaining causes of action under 28 U.S.C §1367.

4. Prior to filing this notice of removal, GPM checked with Plaintiff's Counsel to get the name and phone number of counsel for other defendants. Plaintiff's Counsel was unable to provide the requested information. To the best of GPM's knowledge, none of the other parties to this action have been properly served. Those named as defendants but not yet served in the state court action need not join the notice of removal[1].

WHEREFORE, defendant GPM prays that the above action now pending against it in the Superior Court of California, County of Alameda, be removed therefrom to this Court.

Dated: July 31, 2007

*/s/ Ronald M. Arlas*
RONALD M. ARLAS, ESQ.
Attorney for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

---

[1] The court in Salveson v. Western States Bankcard Ass'n (9th Cir. 1984) 731 F.2d 1423, 1429 held that "Our circuit rule is that a party not served need not be joined; the defendants summonsed can remove by themselves."