Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA 95110
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Marcos Lopez, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOPEZ,<br><br>             Plaintiff.<br><br>v.s.<br><br><br>GMAC MORTGAGE CORPORATION USA, et Al.,<br>             Defendants. | No: **3:07-cv-3911-EMC**<br><br>NOTICE OF JURY TRIAL REQUEST |

Marcos Lopez, the plaintiff in this matter, asserts his rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Dated: August 3, 2007

*[signature]*

by Thomas Spielbauer, Esq.
Attorney for Plaintiff

-1-