# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

MARCOS LOPEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-cv-3911-EMC

V.

GMAC MORTGAGE CORPORATION USA;
GREENPOINT MORTGAGE FUNDING, INC;
EXECUTIVE TRUST DEED SERVICES, INC.

TO: (Name and address of defendant)

GMAC Mortgage Corporation, USA
CSC Lawyers Incorporating Service
Agent for the Service of Process for GMAC
Post Office Box 526036
Sacramento, CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Spielbauer, Esq.
50 Airport Parkway
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

AUG - 7 2007
DATE

SHEILA ASH
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 15, 2007 |
| Name of SERVER THOMAS SPIELBAUER | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
PLEASE SEE ATTACHED DECLARATION

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $232 50/xx | $232.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 15, 2007
Date

Signature of Server: Thomas J. [signature]

Address of Server: 50 Airport Parkway, San Jose, CA 95110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA 95110
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Marcos Lopez, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS LOPEZ,<br><br>                                    Plaintiff.<br><br>v.s.<br><br><br>GMAC MORTGAGE CORPORATION USA, et Al.,<br>                                    Defendants. | No: **3:07-cv-3911-EMC**<br><br>PROOF OF SERVICE OF COMPLAINT AND SUMMONS UPON DEFENDANT GMAC MORTGAGE CORPORATION |

I, Thomas Spielbauer, declare:

I am a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-mentioned matter. My contact address is 50 Airport Parkway, San Jose, CA 95110.

On August 13, 2007, I caused to be served a copy of the following documents:

● Summons

● Notice of Filing Notice of Removal

● ECF Registration Information Handout

● Order Setting Initial Case Management Conference and ADR Deadlines

● Case Management Conference Order

● Standing Order re: Contents of Joint Case Management Conference

-1-

1  ● ADR Dispute Resolution Procedures in the Northern District of California
2  ● State Court Minutes
3  ● Order to Show Cause and TRO
4  ● Order Setting Bond
5  ● Exparte Application of Marcos Lopez for TRO and OSC re: Preliminary
6  Injunction
7  ● State Court Summons
8  ● State Court Notice of Assignment
9  ● State Court Notice of CMC and Order
10 ● State Court ADR Information Package
11 ● State Court Civil Case Cover Sheet
12 ● State Court Complaint

The California Secretary of State lists the Agent for the service of process in the State of California for defendant GMAC as being CSC Lawyers Incorporating Service. CSC provides only a post office box address as the address for receipt of process. The only means of delivery to a post office box address is via the United States mail. As a result, I sent by United States Express mail, item EB1314981486US, with postage fully prepaid a copy of the above described documents to CSC Lawyers Incorporating Service on August 13, 2007. These items were sent to the following address:

CSC Lawyers Incorporating Service
Agent for GMAC Mortgage
Post Office Box 526036
Sacramento, CA 95852

The United States Postal Web site of www.usps.gov reflects that this item was delivered to CSC Lawyers Incorporating Service in Sacramento, CA at 7:02 a.m. on August 14, 2007.

I further sent by United States Express mail with postage fully prepaid, item EB131498190US, the above described documents to the corporate address

1  of GMAC Mortgage.  These items were sent to the following address:

2  GMAC Mortgage
3451 Hammond Avenue
3  Post Office Box 780
Waterloo, IA 50704
4

5      The United States Postal Web site of www.usps.gov reflects that this item

6  was delivered to GMC Mortgage in Waterloo, IA at 10:35 a.m. on August 15,

7  2007. The item was signed for by S. Moe.

8      I declared under penalty of perjury that the foregoing is true and correct to

9  the best of my knowledge.   Executed in San Jose, California on August 15, 2007.

10

11                      THE SPIELBAUER LAW FIRM

12

13  *[signature: Thomas J. Spielbauer]*

14                      by Thomas Spielbauer, Esq.
                    Attorney for Plaintiff, Marcos Lopez
15

16

17

18

19

20

21

22

23

24

25

26

27

28