# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MARCOS LOPEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-cv-3911-EMC

V.

GMAC MORTGAGE CORPORATION USA;
GREENPOINT MORTGAGE FUNDING, INC;
EXECUTIVE TRUST DEED SERVICES, INC.

TO: (Name and address of defendant)

Executive Trust Deed Services
15455 San Fernando Mission Blvd.
Suite 208
Mission Hills, CA 91345

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Spielbauer, Esq.
50 Airport Parkway
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE AUG - 7 2007

SHEILA RASH
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 8-20-07

Name of SERVER: Jim Sands

TITLE: Registered Process Server L.A. 914

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
Shannon Papa, authorized agent
Executive Trustee Services
15455 San Fernando Mission Blvd. #208
Mission Hills, CA 91345

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-07
             Date

Signature of Server

Security Attorney Service
12813 Gladstone Avenue
Sylmar, CA 91342

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.