Ronald M. Arlas, Esq.
SBN #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5590
Fax: (415) 878-3595
ron.arlas@greenpoint.com

Attorney for Defendant
GreenPoint Mortgage Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOPEZ, <br> Plaintiff(s), <br> v. <br> GMAC MORTGAGE CORPORATION, ET AL., <br> Defendant(s). | No. C 07-03911 <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE <br> AND <br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2007

Signature: Ronald M. Arlas

Counsel for Defendant Greenpoint
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

I declare that I am over the age of eighteen and not a party to the within entitled action. I am employed in the County of Marin, State of California. My business address is 100 Wood Hollow Drive, Novato, California, 94945. On August 21, 2007 I caused a copy of the Declination to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge to be served on all parties in said action, by delivering a true copy thereof in a sealed envelope addressed as follows:

Thomas Spielbauer, Esq.
The Spielbauer Law Firm
50 Airport Parkway
San Jose, CA 95110

_____ (BY CERTIFIED MAIL) RETURN RECEIPT REQUESTED

_____ (BY OVERNIGHT COURIER) I caused the envelope to be sent via _____.

__X__ (BY MAIL) Being familiar with this firm's collection and processing of documents for deposit into the United States mail, I caused each envelope to be placed in the United States mail at Novato, California with FIRST CLASS postage thereupon fully prepaid.

_____ (BY HAND) I caused each envelope to be delivered by hand through ONE LEGAL attorney service.

_____ (BY FACSIMILE) I caused each document to be electronically transmitted to the following number(s):

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of August 2007 at Novato, California.

_____
Lynn Klein