1  Glenn H. Wechsler, State Bar No. 118456
   LAW OFFICES OF GLENN H. WECHSLER
2  1655 N. Main Street, Suite 230
   Walnut Creek, California 94596
3  Telephone: (925) 274-0200
4  Facsimile: (925) 274-0202
   Email: glenn@glennwechsler.com
5
   Attorney for Defendants
6  GMAC MORTGAGE CORPORATION and
   EXECUTIVE TRUSTEE SERVICES LLC
7  erroneously sued as EXECUTIVE TRUST DEED
   SERVICES, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
          FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
11

12
   MARCOS LOPEZ,                    )  CASE NO. CO7-03911 EMC
13                                  )
          Plaintiff,                )  JUDGE: Edward M. Chen
14                                  )
                                    )
15     vs.                          )
                                    )  **EXECUTIVE TRUSTEE SERVICES,**
16 GMAC MORTGAGE CORP., et al.,     )  **LLC'S NOTICE OF MOTION AND**
                                    )  **MOTION TO DISMISS PLAINTIFF'S**
17        Defendants.               )  **FIRST, THIRD, FOURTH, FIFTH,**
                                    )  **SIXTH AND SEVENTH CLAIMS**
18 _____ )  **PURSUANT TO RULE 12(b)(6) OF**
                                       **THE FEDERAL RULES OF CIVIL**
19                                     **PROCEDURE**

20
                                       DATE:        October 3, 2007
21                                     TIME:        9:30 a.m.
                                       COURTROOM:   C, 15th Floor
22
                                       **Action Filed:** Alameda County Superior
23                                     Court, Case No. RG07336961
                                       **Removed:** July 31, 2007
24

25
26  EXECUTIVE TRUSTEE SERVICES, LLC'S NOTICE OF MOTION
       AND MOTION TO DISMISS PLAINTIFF'S FIRST, THIRD,
27        FOURTH, FIFTH, SIXTH AND SEVENTH CLAIMS
               Marcos Lopez v. GMAC Mortgage Corp., et al.
28                   Northern District of California,
                     Civil Action No. C07-03911 EMC
                              Page 1 of 3

PLEASE TAKE NOTICE that on October 3, 2007, at 9:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom C, 15th Floor, of the above-entitled Court located at the 450 Golden Gate Avenue, California, 94102, Defendant EXECUTIVE TRUSTEE SERVICES, LLC ("ETS") will move the court to dismiss plaintiff MARCOS LOPEZ's verified complaint's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP)

Specifically, ETS will move the Court as follows:

1. Plaintiff's First claim for Declaratory Judgment fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).
2. Plaintiff's Third claim for RESPA violations fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).
3. Plaintiff's Fourth claim for Fraud fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).
4. Plaintiff's Fifth claim for Good Faith and Fair Dealing fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).
5. Plaintiff's Sixth claim for Good Faith and Fair Dealing fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).
6. Plaintiff's Seventh claim for Accounting fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

///
///
///
///
///
///
///

EXECUTIVE TRUSTEE SERVICES, LLC'S NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S FIRST, THIRD,
FOURTH, FIFTH, SIXTH AND SEVENTH CLAIMS
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 2 of 3

1     This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities,
2 the pleadings and papers on file this action, and such further oral and documentary evidence as may be
3 presented at the hearing on this Motion.

5 Dated: August 22, 2007      LAW OFFICES OF GLENN H. WECHSLER

7     By: _____
8             GLENN H. WECHSLER

E:\Glenn\DOCS\GMAC\LOPEZ\EXECUTIVE TRUST-MTN TO DISMISS\Ntc re Mtn to Dismiss.doc

EXECUTIVE TRUSTEE SERVICES, LLC'S NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S FIRST, THIRD,
FOURTH, FIFTH, SIXTH AND SEVENTH CLAIMS
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 3 of 3