Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: glenn@glennwechsler.com

Attorney for Defendants
GMAC MORTGAGE CORPORATION and
EXECUTIVE TRUSTEE SERVICES, LLC
erroneously sued as EXECUTIVE TRUST DEED
SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARCOS LOPEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE CORP., et al.,<br><br>  Defendants. | CASE NO. CO7-03911 EMC<br><br>JUDGE: Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING EXECUTIVE TRUSTEE SERVICES, LLC's MOTION TO DISMISS PLAINTIFF'S FIRST, THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>DATE:            October 3, 2007<br>TIME:            9:30 a.m.<br>COURTROOM:  C, 15th Floor<br><br>**Action Filed:** Alameda County Superior Court, Case No. RG07336961<br>**Removed:** July 31, 2007 |

[PROPOSED] ORDER
RE EXECUTIVE TRUSTEE SERVICES' MOTION TO DISMISS
PLAINTIFF'S FIRST, THIRD, FOURTH, FIFTH,
SIXTH AND SEVENTH CLAIMS FOR RELIEF
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 1 of 2

Defendant EXECUTIVE TRUSTEE SERVICES, LLC's Motion to Dismiss Plaintiff's First, Third, Fourth, Fifth, Sixth and Seventh Claims for Relief was scheduled for hearing on October 3, 2007, at 9:30 a.m. in Courtroom C, 15th floor, of the above entitled Court, before the Honorable Edward M. Chen. The Court, having read the papers submitted in support of and in opposition to the motion, the court's files and records and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant EXECUTIVE TRUSTEE SERVICES, LLC's Motion to Dismiss Plaintiff's First, Third, Fourth, Fifth, Sixth and Seventh Claims are GRANTED.

DATED: _____, 2007   _____
THE HONORABLE EDWARD M. CHEN

E:\Glenn\DOCS\GMAC\LOPEZ\EXECUTIVE TRUST-MTN TO DISMISS\Proposed Order re Executive's Motion to Dismiss.doc

[PROPOSED] ORDER
RE EXECUTIVE TRUSTEE SERVICES' MOTION TO DISMISS
PLAINTIFF'S FIRST, THIRD, FOURTH, FIFTH,
SIXTH AND SEVENTH CLAIMS FOR RELIEF
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 2 of 2