Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: glenn@glennwechsler.com

Attorney for Defendants
GMAC MORTGAGE CORPORATION and
EXECUTIVE TRUSTEE SERVICES, LLC
erroneously sued as EXECUTIVE TRUST DEED
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARCOS LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE CORP., et al.,<br><br>　　　　Defendants. | CASE NO. C07-03911 EMC<br><br>JUDGE: Edward M. Chen<br><br>**DEFENDANT GMAC MORTGAGE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST, FIFTH, AND SIXTH CLAIMS FOR RELIEF PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>DATE:　　　　October 3, 2007<br>TIME:　　　　9:30 a.m.<br>COURTROOM:　C, 15th Floor<br><br>**Action Filed:** Alameda County Superior Court, Case No. RG07336961<br>**Removed:** July 31, 2007 |

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
FIRST, FIFTH, AND SIXTH CLAIMS FOR RELIEF
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 1 of 2

PLEASE TAKE NOTICE that on October 3, 2007, at 9:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom C, 15th Floor, of the above-entitled Court located at the 450 Golden Gate Avenue, California, 94102, Defendant GMAC MORTGAGE CORPORATION ("GMAC") will move the court to dismiss plaintiff MARCOS LOPEZ's verified complaint's claims for Declaratory Judgment, and for Fraud and Punitive Damages, pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure ("FRCP").

Specifically, GMAC will move the Court as follows:

1. Plaintiff's First claim for Declaratory Judgment fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

2. Plaintiff's Fifth claim for Fraud fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

3. Plaintiff's Sixth claim for Punitive Damages fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleading and papers on file his action, and such further oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: August 22, 2007        LAW OFFICES OF GLENN H. WECHSLER

By: _____
GLENN H. WECHSLER

E:\Glenn\DOCS\GMAC\LOPEZ\GMAC-MOTION TO DISMISS\Ntc re Mtn to Dismiss.doc

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
FIRST, FIFTH, AND SIXTH CLAIMS FOR RELIEF
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 2 of 2