1  Glenn H. Wechsler, State Bar No. 118456
   LAW OFFICES OF GLENN H. WECHSLER
2  1655 N. Main Street, Suite 230
   Walnut Creek, California 94596
3  Telephone: (925) 274-0200
4  Facsimile: (925) 274-0202
   Email: glenn@glennwechsler.com
5
   Attorney for Defendants
6  GMAC MORTGAGE CORPORATION and
   EXECUTIVE TRUSTEE SERVICES, LLC
7  erroneously sued as EXECUTIVE TRUST DEED
   SERVICES, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND
11

12
   MARCOS LOPEZ,                    )  CASE NO. C0 7-03911 CW
13                                  )
          Plaintiff,                )  JUDGE: Claudia Wilken
14                                  )
   vs.                              )  DEFENDANT GMAC MORTGAGE
15                                  )  CORPORATION'S REPLY TO
                                    )  PLAINTIFF'S OPPOSITION TO
16 GMAC MORTGAGE CORP., et al.,     )  MOTION TO DISMISS
                                    )  PLAINTIFF'S FIRST, FIFTH, AND
17        Defendants.               )  SIXTH CLAIMS FOR RELIEF
                                    )  PURSUANT TO RULE 12(b)(6) OF
18 _____  )  THE FEDERAL RULES OF CIVIL
                                       PROCEDURE
19

20                                     DATE:        October 11, 2007
21                                     TIME:        2:00 p.m.
                                       COURTROOM:   2, 4th Floor
22                                                  1301 Clay Street
23                                                  Oakland, CA 94612

24                                     **Action Filed:** Alameda County
                                       Superior Court, Case No. RG07336961
25                                     **Removed:** July 31, 2007

26 ─────────────────────────────────────────────────────────
           REPLY TO OPPOSITION TO GMAC'S MOTION TO DISMISS
27         PLAINTIFF'S FIRST, FIFTH, AND SIXTH CLAIMS FOR RELIEF
                     Marcos Lopez v. GMAC Mortgage Corp., et al.
28                          Northern District of California,
                             Civil Action No. C07-03911 CW
                                                    Page 1 of 3

# REPLY BRIEF

Remarkably, Plaintiff's Opposition to GMAC's Motion to Dismiss competes with Plaintiff's Complaint for confusion. GMAC moved to dismiss Plaintiff's First Cause of Action for Declaratory Judgment, Fifth Cause of Action for Fraud and Sixth Cause of Action for Punitive Damages because the four corners of the Complaint fails to set forth facts that state a claim against GMAC.

Plaintiff's opposition fairs no better. In fact, ironically, Plaintiff uses three paragraphs of his opposition to explain what he meant by the term "confusing" in his own Complaint. [*Plaintiff's Opposition to GMAC's Motion to Dismiss, p.2:9-25; 3:1-7*]. Clearly, Plaintiff's Complaint, as presently drafted, fails to provide GMAC with sufficient facts to provide an indication of the loss and causal connection that Plaintiff has in mind between GMAC's conduct, and Plaintiff's injuries. Therefore, as a matter of law, a motion to dismiss is proper.

*To wit:*

(1) Plaintiff's First Cause of Action for Declaratory Judgment only alleges facts for past wrongs, which is, as argued in GMAC's motion, not a basis for declaratory relief. *Travers v. Luden* (1967) 254 Cal. App. 2d 926, 931.

(2) Plaintiff's Fifth Cause of Action for Fraud should be dismissed. Plaintiff has failed to set forth any element of fraud against GMAC. Plaintiff does not argue that the element required to plead of cause of action for fraud against a corporate defendant have been correctly plead. In fact, Plaintiff does not seem to address GMAC's argument at all. Plaintiff's only defense is that he did plead "throughout his complaint [GMAC's] actions were "willful and malicious" and "willful, knowing and malicious." [*Plaintiff's Opposition to GMAC's Motion to Dismiss, p.3:12-14; 4:7-8*]. Simply alleging that actions were "willful and malicious" absent any other charging allegations fails to state a claim for fraud.

REPLY TO OPPOSITION TO GMAC'S MOTION TO DISMISS
PLAINTIFF'S FIRST, FIFTH, AND SIXTH CLAIMS FOR RELIEF
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 CW
Page 2 of 3

(3)     Finally, Plaintiff correctly concedes that "[i]ndeed a request for punitive damages is not, in and of itself, a cause of action." [*Plaintiff's Opposition to GMAC's Motion to Dismiss, p.4:23-24*]. GMAC agrees with Plaintiff on this point.

## CONCLUSION

For all reasons set forth, GMAC respectfully requests that this Court dismiss Plaintiff's First, Fifth and Sixth Claims for relief.

Dated:  September 25, 2007          LAW OFFICES OF GLENN H. WECHSLER

By: _____
GLENN H. WECHSLER

E:\Glenn\DOCS\GMAC\LOPEZ\GMAC-MOTION TO DISMISS\GMAC Reply to Opposition re Mtc to Dismiss MPA.doc