UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOPEZ,

v.

GMAC MORTGAGE CORP., et al.,

NO. C 07-03911 CW

**MINUTE ORDER**
Date: 10/11/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill    Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Thomas Spielhauer

**Appearances for Defendant:**
Glenn H. Wechsler

**Motions:**

| | | |
|---|---|---|
| Executive Trust Deed Services | Mo. to dismiss Plaintiff's first, third, fourth, fifth, sixth and seventh claims pursuant to Rule 12(b)(6) | Granted with leave to amend |
| GMAC Mortgage Corporation | Mo. to dismiss Plaintiff's first, fifth, sixth and seventh claims pursuant to Rule 12(b)(6) | Granted with leave to amend |

Further briefing due:
Order to be prepared by:  Court

Notes:  Motion granted with leave to amend.  Plaintiff to file amended complaint within 20 days; Defendants' answer or motion to dismiss due 20 days thereafter.  **Any motion to dismiss amended complaint should be noticed for 1/10/08 at 2:00 p.m.  Case Management Conference, previously set for 11/13/07, is continued to 1/10/08 at 2:00 p.m.**  Court will issue order.  Alameda TRO still in effect; defense counsel to discuss with client whether to delay forclosure.

Copies to:  Chambers