Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California  94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: glenn@glennwechsler.com

Attorney for Defendants
GMAC MORTGAGE CORPORATION and
EXECUTIVE TRUSTEE SERVICES, LLC
erroneously sued as EXECUTIVE TRUST DEED
SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| MARCOS LOPEZ, | CASE NO. CO7-03911 CW |
| Plaintiff, | DECLARATION OF NONMONETARY STATUS OF DEFENDANT EXECUTIVE TRUSTEE SERVICES, LLC [CCP §2924l] |
| vs. | |
| GMAC MORTGAGE CORP., et al., | |
| Defendants. | |

TO: Plaintiff and its Attorney of Record:

PLEASE TAKE NOTICE that Pursuant to Civil Code Section 2924*l*, defendant EXECUTIVE TRUSTEE SERVICES, L.L.C. (hereafter "ETS") submits the following declaration of non-monetary status:

(1) Defendant ETS was the substituted Trustee under the Deed of Trust that is the subject of the above-referenced action;

(2) Defendant ETS believes that it has been named as a defendant in the above-referenced action solely in its capacity as Trustee under said Deed of Trust;

1      3) Defendant ETS believes that it has not been named as a defendant in the above-referenced

2 action due to any acts or omissions on its part in the performance of its duties as Trustee. The basis of

3 ETS's belief is that it does not appear from the *Complaint* on file herein that Plaintiff is alleging a

4 breach of any agreement between it and ETS or any misrepresentation made by ETS; instead, it

5 appears as though ETS has been named as a defendant by virtue of its status as Trustee and the

6 documents recorded by it solely as its status as Trustee under the subject Deed of Trust;

7      (4) So long as Defendant ETS's belief (that Plaintiff is <u>not</u> seeking any damages, monetary

8 relief or other fees/costs against Defendant ETS) is correct, Defendant ETS agrees to be bound by

9 whatever order or judgment is issued by the Court regarding the subject deed of trust and/or trustee's

10 deed upon sale.

11      I declare under penalty of perjury, under the laws of the State of California, that the foregoing

12 is true and correct. Executed at _burbanK_, _CA_, on October _15th_, 2007.

13

14     By: _____

15           _____

16              (title)

17 E:\Glenn\DOCS\GMAC\LOPEZ\Declaration of Nonmonetary Status re ETS.doc

18

19

20

21

22

23

24

25

26

27

28