Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA 95110
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Marcos Lopez, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOPEZ,<br><br>　　　　　　Plaintiff.<br><br>v.s.<br><br><br>GMAC MORTGAGE CORPORATION USA, et Al.,<br>　　　　　　Defendants. | No: **4:07-cv-3911-CW**<br><br>VERIFICATION OF FIRST AMENDED COMPLAINT |

　　I, Marcos Lopez, am the plaintiff in the above-entitled action. I have read the First Amended Complaint which was filed on November 14, 2007 and know the contents thereof. The same is true of my own knowledge and information, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Oakland, California this November 15, 2007.


_____
Marcos Lopez