# Exhibit 1

Alameda Superior Court Temporary Restraining Order
of July 25, 2007

Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA 95110
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

ENDORSED
FILED
ALAMEDA COUNTY

JUL 2 5 2007

CLERK OF THE SUPERIOR COURT
By CYNTHIA EUGENE
    Deputy

Attorneys for Marcos Lopez, Plaintiff

IN THE SUPERIOR COURT
OF THE STATE OF CALIFORNIA
ALAMEDA COUNTY

| MARCOS LOPEZ, | No: RG07336961 |
|---|---|
| Plaintiff, | |
| v.s | ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER |
| GMAC MORTGAGE CORPORATION USA; GREENPOINT MORTGAGE FUNDING, INC; EXECUTIVE TRUST DEED SERVICES, INC.; and DOES 1-20, | Code Civ.Proc. § 527(a |
| Defendants. | |

On reading the verified complaint of plaintiff, declaration of counsel, and the papers on file in the above-entitled action, it appears to the satisfaction of the court that this is a proper case for granting a temporary restraining order and an order to show cause for a preliminary injunction, and that, unless the temporary restraining order prayed for be granted, great or irreparable injury will result to plaintiff before the matter can be heard on notice.

IT IS HEREBY ORDERED that the above-named defendants, and each of them, appear in Department 607 of this Court, located the Fremont Hall of Justice, 39439 Pasco Padre Parkway, Fremont, CA 94538, on Wednesday, August 1, 2007 at 2:30 p.m., or as soon thereafter as the matter may be heard, then and there to show cause, if any they have, why they and their agents, servants,

-1-

employees, and representatives should not be enjoined and restrained during the pendency of this action from engaging in, committing, or performing, directly or indirectly, any and all of the following acts: Undertaking or permitting actions of any kind which shall cause the sale or foreclosure sale of the residence located at 7345 Holly Street, Oakland, CA 94621 under authority of a trust deed recorded with the Alameda County Recorder; From undertaking or permitting actions of any kind which shall cause the sale of or the passing of title to the property of 7345 Holly Street, Oakland, CA 94621 during the pendency of this action; From the reporting of any kind of derogatory information concerning the sale and the plaintiff during the pendency of this action.

Defendants GMAC MORTGAGE CORPORATION, GREENPOINT MORTGAGE FUNDING, and EXECUTIVE TRUST DEED SERVICES, and their agents, servants, and employees are hereby restrained and enjoined, pending a hearing for a preliminary injunction, from undertaking or permitting any actions of any kind which shall cause the sale or foreclosure sale or passing or slander of title of the property located at 7345 Holly Street, Oakland, CA 94621. Defendants GMAC MORTGAGE CORPORATION, GREENPOINT MORTGAGE FUNDING, and EXECUTIVE TRUST DEED SERVICES are further enjoined from undertaking any action to effect an assignment of rents or hinder plaintiff's ability to manage his property or enjoy the fruits of his property.

IT IS FURTHER ORDERED that copies of the complaint, declaration, and this order to show cause and temporary restraining order be served on defendants not later than July 26, 2007. This service may be effected by United States Express Mail.

//
//

1 | Defendants shall file their opposition, if any, by 12:00 p.m. of Tuesday,
2 | July 31, 2007. Defendants may serve their opposition upon counsel for plaintiff
3 | via confirmed email, confirmed fax, by overnight mail or by personal service.
4 | Dated: July 25, 2007

**RICHARD O. KELLER**

Richard Keller
Judge of the Superior Court

Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA 95110
(408)451-8499
Fax (610)423-1395
thomas@spielbauer.com

ENDORSED
FILED
ALAMEDA COUNTY

JUL 2 5 2007

CLERK OF THE SUPERIOR COURT
By __CYNTHIA EUGENE__
                              Deputy

Attorneys for Marcos Lopez, Plaintiff

### IN THE SUPERIOR COURT
### OF THE STATE OF CALIFORNIA
### ALAMEDA COUNTY

MARCOS LOPEZ,

    Plaintiff,

v.s

GMAC MORTGAGE CORPORATION USA; GREENPOINT MORTGAGE FUNDING, INC; EXECUTIVE TRUST DEED SERVICES, INC.; and DOES 1-20,

    Defendants.

No: RG07336961

ORDER SETTING BOND

Bond on the requested temporary restraining order is hereby fixed in the sum of $1,112.01. The bond is to be filed by no later than Monday, July 30, 2007 at 4:00 p.m..

Dated: July 25, 2007

RICHARD O. KELLER

Richard Keller
Judge of the Superior Court