*Lopez v. GMAC Mortgage et Al.*
Northern District of California Case Number 4:07-cv-3911-CW

## CERTIFICATE OF SERVICE

I, Thomas Spielbauer, declare:

I am a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years. My business address is 50 Airport Parkway, San Jose, CA 95110.

On November 15, 2007, I filed electronically Plaintiff's EX PARTE APPLICATION OF MARCOS LOPEZ FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR ISSUANCE OF A PRELIMINARY INJUNCTION via the Northern District of California Court's ECF web site. Counsel for defendants GMAC Mortgage and GREENPOINT Mortgage and Executive Trust Deed are registered ECF users in the Northern District. Their email addresses appear on the docket of this matter. Pursuant to Northern District General Order 45, the service of this amended complaint was effected at the time of filing, and notification by email of counsel for GMAC and GREENPOINT and Executive Trust Deed by the ECF website.

I declared under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Jose, California on November 15, 2007.

*[signature]*

Thomas Spielbauer