Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: glenn@glennwechsler.com

Attorney for Defendants
GMAC MORTGAGE CORPORATION and
EXECUTIVE TRUSTEE SERVICES, LLC
erroneously sued as EXECUTIVE TRUST DEED
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARCOS LOPEZ, | CASE NO. CO7-03911 EMC |
| Plaintiff, | JUDGE: Edward M. Chen |
| vs. | **DEFENDANT GMAC MORTGAGE CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ISSUANCE OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| GMAC MORTGAGE CORP., et al., | |
| Defendants. | |

GMAC MORTGAGE CORP (hereinafter "GMAC") respectfully submits the following memorandum in opposition to Plaintiff's application for a Temporary Restraining Order.

Within the last few days, Plaintiff has filed a First Amended Complaint ("FAC"). GMAC has not yet responded to the FAC.

MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO PLAINTIFF'S APPLICATION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 1 of 4

## MEMORANDUM OF POINTS AND AUTHORITIES

The case is an accounting dispute. Plaintiff says he made all his payments. GMAC contends he missed two payments.

***Plaintiff's Claims have No Merit***:

This dispute relates to certain mortgage payments pertaining to Plaintiff's property commonly referred to as 7345 Holly Street, Oakland, CA 94621 "hereinafter "Property". (FAC ¶12) Plaintiff alleges that after purchasing his home, he refinanced the Property with defendant GMAC MORTGAGE CORP (hereinafter "GMAC") in January of 2005. (FAC ¶13) Plaintiff claims he was confused by a series of assignments but does not state that *his* alleged confusion contributed to the existing problem. (FAC ¶14) The assignments and plaintiff's alleged confusion are, in fact, not germane to plaintiff's claim which is that: "Marcos Lopez tendered timely monthly mortgage payments, payments which GMAC and GREENPOINT have failed to credit to Mr. Lopez." (FAC ¶16)

Paragraph 17 of the FAC sets forth the payments allegedly made by Plaintiff. The epicenter of this controversy starts and ends with the two payments referenced in January and February 2007. Plaintiff claims that defendant GREENPOINT negotiated both checks and subsequently **refunded** the amount of each check. (FAC ¶17) *Plaintiff does not seek to explain why the money was refunded or what became of the monies refunded. Plaintiff does not allege that he re-tendered the refunded sums.* Neither the FAC nor plaintiff's Ex-Parte Application for Temporary Restraining Order attempts to explain why the monies were refunded.

The facts will show that within two days of the sum being negotiated by GREENPOINT, the sums were credited back to Plaintiff's account. (See the January 16th and 18th account ledger and February 14th and February 16th account ledger attached hereto and incorporated herein by this reference.)

MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO PLAINTIFF'S APPLICATION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 2 of 4

Plaintiff claims he **called** GREENPOINT and GMAC and advised them of the problem. (FAC ¶20) Plaintiff claims that "Defendants GREENPOINT nor GMAC never investigated plaintiff's payments not did they contact him concerning the information he provided concerning his payments." (FAC ¶20) Plaintiff further alleges that he wrote GREENPOINT and GMAC on July 11, 2007, (FAC ¶22) but "never received verification of their claimed debt." (FAC ¶29) As a result, Plaintiff alleges breaches and violations of RESPA , the Fair Debt Collection Practices Act, Unfair Business Practices Act[1] etc.

The facts will show that long before Plaintiff's counsel wrote his July 11th letter, Plaintiff was contacted not once but at least four (4) times by GREENPOINT's Servicer, Citibank, and advised that plaintiff's January and February payments were rejected because plaintiff supplied an *invalid account number*. (See the March 31, 2007, May 16, 2007, May 24, 2007 and June 12. 2007, letters from Citibank Service Center to Marcos C. Lopez attached hereto and incorporated herein by this reference.)

At all times relevant, plaintiff knew defendants' position. Plaintiff knew that the monies were rejected and re-credited to his account in January and February 2007 and the reasons therefore. Another letter, post July 11th, was not necessary. Plaintiff's claims are all based on an alleged failure to write additional post July 11th letters.

*A Bond is Necessary and Required Under the Circumstances*:

Finally, to the extent that the Court seeks to maintain the *status quo* pending resolution of this matter, there is no reason why the court should not order Plaintiff to immediately deposit into Court the sum of *$28,079.41* which is the amount necessary for Plaintiff to reinstate his loan, not including attorney's fees. Plaintiff's claim that he is of "modest income" (Ex Parte Application 13:8) is unavailing as the reinstatement sums are all property related expenses, for which plaintiff is

---

[1] This cause of action was improperly added to the FAC after Defendants' Motion to Dismiss was granted.

MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO PLAINTIFF'S APPLICATION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION
Marcos Lopez v. GMAC Mortgage Corp., et al.
Northern District of California,
Civil Action No. C07-03911 EMC
Page 3 of 4

responsible and plaintiff surely has been saving the payments he has not made for the last *11 months*. (See the Reinstatement breakdown attached hereto and incorporated herein by this reference.)

There is no assurance that the security will adequately protect GMAC in this declining market and increasing foreclosure environment.

Plaintiff should also be required to deposit into that same account, the sum of $2,661.97$^2$ each month this matter remains pending.

GMAC has incurred more than $4,299.75 in attorney's fees in this matter.

Moreover, GMAC has advanced monies to the Alameda County for real estate taxes. In that regard the sum of $2,974.32$^3$ was advanced on 3/13/07, the sum of $163.00$^4$ was advanced on 1/29/07, the sum of $3,271.75$^5$ was advanced on 1/04/07 and the sum of $4,249.18$^6$ was advanced on 1/04/07, for a total of $10,659.11.

Dated: November 19, 2007          LAW OFFICES OF GLENN H. WECHSLER

By: _____
GLENN H. WECHSLER

E:\Glenn\DOCS\GMAC\LOPEZ\GMAC-MOTION TO DISMISS\Mtc to Dismiss MPA.doc

---

2  The payment has increased due to plaintiff's failure to pay taxes etc.
3  This payment was the second installment due for 2006-2007 taxes.
4  This payment was a penalty due for delinquent 2005-2006 taxes.
5  This payment was for the first installment due for 2006-2007 taxes.
6  This payment was for 2005-2006 taxes.

| Date | Description | Amount | | |
|---|---|---|---|---|
| | Reference # 010086 | $ 200.00 | $ 500.00 | $ 807.77 |
| 02-01 | DEPOSITO | | | |
| 02-01 | TRANSF AUTORIZADA Countrywide MORTGAGE | $ 12.00 | | |
| 02-01 | TRANSF A MASTERCARD/VISA | $ 104.00 | | |
| 02-01 | TRANSF AUTORIZADA Countrywide MORTGAGE | $ 2,564.92 | $ 1,325.19 | $ 2,988.69 |
| 01-31 | DEPOSITO | | $ 920.00 | |
| 01-31 | DEPOSITO | | | |
| 01-31 | TRANSF DE CHECKING PLUS Reference # 002677 | | $ 320.00 | |
| 01-31 | TRANSF DE AHORROS Reference # 002673 | | $ 180.00 | |
| 01-26 | DEPOSITO | | $ 375.42 | $ 243.50 |
| 01-26 | RETIRO DE EFECTIVO CBC 00804 | $ 120.00 | | |
| 01-26 | DISMINUCION MISC | $ 150.00 | | |
| 01-25 | SPRINT PCS Reference # 010079 | $ 83.32 | | $ 138.08 |
| 01-25 | ACCESS GENERAL Reference # 010080 | $ 120.00 | | |
| 01-25 | PACIFIC GAS & ELECTR Reference # 010081 | $ 126.84 | | |
| 01-25 | FREMONT INVESTMENT & Reference # 010082 | $ 848.30 | | |
| 01-24 | TRANSF AUTORIZADA FARMERS N W LIFE INS. PREM | $ 19.02 | | $ 1,316.54 |
| 01-24 | TARJETA DB COMPRA AT&T BILL PMT 800-21 | $ 124.80 | | |
| 01-22 | TRANSF AUTORIZADA GREAT-WEST LIFE PREMIUM | $ 12.00 | | $ 1,460.46 |
| 01-19 | DEPOSITO | | $ 420.76 | $ 1,472.46 |
| 01-19 | DISMINUCION MISC | $ 150.00 | | |
| 01-19 | RETIRO DE EFECTIVO CBC 00804 | $ 200.00 | | |
| 01-18 | CREDITO | | $ 1,111.98 | $ 1,401.70 |
| 01-17 | TRANSF AUTORIZADA AMERICAN GENERAL PREMIUM | $ 19.88 | | $ 289.72 |
| 01-16 | DEPOSITO | | $ 2,000.00 | $ 309.60 |
| 01-16 | DEPOSITO | | $ 1,800.00 | |
| 01-16 | DEPOSITO | | $ 600.00 | |
| 01-16 | DEPOSITO | | $ 400.00 | |
| 01-16 | DEPOSITO | | $ 386.50 | |
| 01-16 | DEPOSITO | | $ 300.00 | |
| 01-16 | TRANSF DE AHORROS | $ 21.65 | | |
| 01-16 | TRANSF A MASTERCARD/VISA | $ 100.00 | | |
| 01-16 | TRANSF A CHECKING PLUS | | | |
| 01-16 | HYCITE FINANCE Reference # 010078 | $ 100.00 | | |
| 01-16 | TRANSF A MASTERCARD | $ 123.27 | | |
| 01-16 | RETIRO DE EFECTIVO CBC 00804 | $ 200.00 | | |
| 01-16 | GREENPOINT MORTGAGE Reference # 010075 | $ 376.26 | | |
| 01-16 | CHASE HOME FINANCIAL Reference # 010077 | $ 813.06 | | |
| 01-16 | GREENPOINT MORTGAGE Reference # 010074 | $ 1,111.98 | | |
| 01-16 | CHASE HOME FINANCIAL Reference # 010076 | $ 2,330.68 | | |
| 01-12 | TRNSF CHKG PLUS | $ 150.00 | $ 150.00 | $ 0.00 |
| 01-12 | DISMINUCION MISC | $ 150.00 | | |

Handwritten annotations: "NO" next to 01-16 CHASE HOME FINANCIAL Reference # 010077; "regreso - 8 dias" next to circled 01-16 GREENPOINT MORTGAGE $1,111.98; circle connecting 01-18 CREDITO $1,111.98 to 01-16 GREENPOINT MORTGAGE $1,111.98.

## Account Details & Activity

**DETAILS**   Select an account...   print 

Checking: XXXXXX910

　$ 560.61 on deposit

　$ 560.61 available now

　$ 218.56 Checking Plus available

◀ Menu　　◀ Account Summary　　　　View Record

**ACTIVITY**　　　　　　　　　　　　　Sort Order: Select a sort order...

　　　　　　　　　　　　　　　　　　　　Search For Specific Activity

| Date | Description | Debits | Credits | End-of-Day Balance |
|---|---|---|---|---|
| 02-23 | *DEBITO PRE-AUTORIZADO | $ 19.02 | | |
| 02-22 | DISMINUCION MISC | $ 18.94 | | $ 579.63 |
| 02-21 | RETIRO DE EFECTIVO CBC 00804 | $ 120.00 | | $ 598.57 |
| 02-20 | TRANSF AUTORIZADA GREAT-WEST LIFE PREMIUM | $ 12.00 | | $ 718.57 |
| 02-20 | TRANSF AUTORIZADA AMERICAN GENERAL PREMIUM | $ 19.88 | | |
| 02-20 | RETIRO DE EFECTIVO CBC 00908 | $ 160.00 | | |
| 02-16 | CREDITO | | $ 1,111.98 | $ 910.45 |
| 02-16 | DISMINUCION MISC | $ 150.00 | | |
| 02-16 | CHASE HOME FINANCIAL Reference # 010089 | $ 813.06 | | |
| 02-15 | DEPOSITO | | $ 775.05 | $ 761.53 |
| 02-14 | GREENPOINT MORTGAGE Reference # 010087 | $ 1,111.98 | | $ -13.52 |
| 02-13 | DEPOSITO | | $ 724.72 | $ 1,098.46 |
| 02-13 | GREENPOINT MORTGAGE Reference # 010088 | $ 376.26 | | |
| 02-12 | DEPOSITO | | $ 600.00 | $ 750.00 |
| 02-12 | TRANSF DE AHORROS Reference # 009818 | | $ 150.00 | |
| 02-09 | TRNSF CHKG PLUS | | $ 31.61 | $ 0.00 |
| 02-09 | DISMINUCION MISC | $ 150.00 | | |
| 02-07 | CARG-CHQ DEP DVLT | $ 10.00 | | $ 118.39 |
| 02-07 | CHQ DEP DVUELTO | $ 900.00 | | |
| 02-06 | TRANSF AUTORIZADA WAMU BANK MORTG PMT | $ 1,121.38 | | $ 1,028.39 |
| 02-05 | DEPOSITO | | $ 1,970.00 | $ 2,149.77 |
| 02-02 | WASHINGTON MUTUAL CA Reference # 010083 | $ 54.00 | | $ 179.77 |
| 02-02 | ACCESS GENERAL Reference # 010085 | $ 100.00 | | |
| 02-02 | AMERICAN EXPRESS Reference # 010084 | $ 124.00 | | |
| 02-02 | DISMINUCION MISC | $ 150.00 | | |
| 02-02 | DISCOVER CARD | | | |

https://o9863608.da-us.citibank.com/HomeBankingSecure/insess.asp?_D=Frameless&_C=... 2/23/2007

Citibank Service Center
100 Citibank Drive
San Antonio, TX 78245-3214

citi



March 31, 2007

Marcos C Lopez
7345 Holly Street
Oakland, CA 94621

Reference # 070891222068 /MKS/ACCOUNT # 134216910

Dear Marcos C Lopez:

Recently you contacted us regarding the following Bill Payments:

    Reference Numbers: 10074 and 10087
    Issued on: January 16, 2007 and February 14, 2007
    Payable to: Greenpoint Mortgage
    Payment Amounts: $1,111.98 each

We appreciate your patience while waiting for our response.

So that Greenpoint Mortgage may further research these payments, we have forwarded proof of the Electronic Fund Transfer (EFT) to them. We also asked that any late fees you may have incurred be credited to your account.

You may use this letter and your monthly Citibank account statement as proof that your payments were disbursed according to your instructions.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*R. Tobias*

R. Tobias

Client Research

(510) 798297

Arms Resource Dept.

The Citibank Service Center provides client account services for Citibank, N.A.

Oct 31 07 05:00p    Marcos Lopez             510 5622    3              p.2

Loss mitigation

Citibank Service Center                 0307664370                        
100 Citibank Drive
San Antonio, TX 78245-3214

May 16, 2007                 510-798-2977

Marcos C Lopez
7345 Holly Street
Oakland, CA 94621


Reference # 071351807358 /PTL/ACCOUNT # 134216910

Dear Marcos C Lopez:

Recently you contacted us regarding the following Bill Payments:

>   Reference Number: 10074/10087
>   Issued on: January 15, 2007 and February 14, 2007
>   Payable to: Greenpoint Mortgage
>   Payment Amount: $1,111.98 each

We appreciate your patience while waiting for our response.

Our records indicate these payments were rejected by our Electronic Funds Transfer process due to an invalid account number format. Your checking account was recredited on January 18, 2007 and February 16, 2007. We have changed the payment method to a paper check. Please schedule future payments a minimum of seven (7) business days prior to the due date to allow for merchant receipt. Please reschedule your payment. You may wish to verify your payment information and update on-line before scheduling a new payment.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*I. Salinas*

I. Salinas

Client Research


The Citibank Service Center provides client account services for Citibank, N.A.

*[Handwritten annotations:]* Loss mitigation on
ABOXO  510  7982077  0307664370
Collector 1800 6...
BMC — 718008504622 X 54424
paper

*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*

**citi**

May 24, 2007

Marcos C. Lopez
7345 Holly Street
Oakland, CA 94621

Reference # 071431804218 /LRS/ACCOUNT # 134216910

Dear Marcos C. Lopez:

Recently you contacted us regarding the following Bill Payments:

    Reference Numbers: 10074 & 10087
    Issued on: January 16, 2007 & February 14, 2007
    Payable to: Greenpoint Mortgage Funding
    Payment Amounts: $1,111.98

We appreciate your patience while waiting for our response.

These payments were rejected by our Electronic Funds Transfer process due to an invalid account number format. Your checking account was recredited on January 18, 2007 & February 16, 2007. We have changed the payment method to a paper check. Please reschedule your payments if needed.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*I. Salinas*

I. Salinas

Client Research

The Citibank Service Center provides client account services for Citibank, N.A.

Oct 31 07 05:01p    Marcos Lopez         510 56. J29           p.4

*Loss Mitigation*



*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*

0307664370

(510) 7982977

June 12, 2007

Marcos C. Lopez
7345 Holly Street
Oakland, CA 94621-2831

Reference # 071621052358 /vdv/ACCOUNT # 134216910

Dear Marcos C. Lopez:

Recently you contacted us regarding the following Bill Payment:

> Reference Number: 10074 and 10087
> Issued on: January 16, 2007 and February 14, 2007
> Payable to: Greenpoint Mortgage Funding
> Payment Amount: $1,111.98

We appreciate your patience while waiting for our response.

So that Greenpoint Mortgage Funding may further research these payments, we have forwarded proof of the Electronic Fund Transfer (EFT) to them. We also asked that any late fees you may have incurred be credited to your account.

You may use this letter and your monthly Citibank account statement as proof that your payment was disbursed according to your instructions.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*I. Salinas*

I. Salinas

Client Research

The Citibank Service Center provides client account services for Citibank, N.A.

0307664370 (LOPEZ)

Reinstatement Quote Good Thru:11/26/07
3PMT @1111.98=3335.94
1PMT @1195.38=1195.38
7PMT @2661.97=18633.79
Late Charges =840.58
Unapplied Credit =0.00
Inspections =90.00
Advances =3908.72
Outstanding FC Advances =0.00
Other Fees =75.00
BPO/Appraisal =0.00
Escrow Advances =0.00
Input Prop Pres =0.00
Total =28079.41

Breakdown of Advances =3908.72
   7/24/07 ETS
      certified mail $19.95
      Fcl misc cost $9.00
      Foreclosure fee $2494.77
   7/24/07 First American
      title costs $730.00
   7/24/07 Fidelity
      $120.00 Advertisement fee
      $350.00 Publication

Breakdown of Other Fees =75.00
   $10.00 NSF fee 3/14/07
   $60.00 payoff fees (for two payoffs - 2/23/07 & 3/15/07)
   $5.00 speedpay fee 3/13/07


**DOES NOT INCLUDE ATTORNEY'S FEES/COSTS**