*Lopez v. GMAC Mortgage et Al.*
Northern District of California Case Number 4:07-cv-3911-CW

## CERTIFICATE OF SERVICE

I, Thomas Spielbauer, declare:

I am a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years. My contact address is 50 Airport Parkway, San Jose, CA 95110.

On November 19, 2007, I filed electronically Plaintiff's REPLY TO GMAC'S OPPOSITION TO GRANT OF TRO AND PRELIMINARY INJUNCTION via the Northern District of California Court's ECF web site. Counsel for defendant GMAC Mortgage and GREENPOINT Mortgage are registered ECF users in the Northern District. Their email addresses appear on the docket of this matter. Pursuant to Northern District General Order 45, the service of this amended complaint was effected at the time of filing, and notification by email of counsel for GMAC and GREENPOINT by the ECF website.

I declared under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Jose, California on November 19, 2007.

Thomas Spielbauer