**FILED**

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GMAC MORTGAGE CORP.; EXECUTIVE TRUST SERVICES, LLC; GREENPOINT MORTGAGE FUNDING, INC.,<br><br>    Defendants.<br>_____/ | No. C 07-3911 CW<br><br>TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

    Plaintiff Marcos Lopez moves for a temporary restraining order preventing Defendants from conducting a trustee sale of his property located at 7345 Holly Street in Oakland, California on November 26, 2007. Defendant GMAC Mortgage Corp. has submitted an opposition to Plaintiff's motion. The matter was taken under submission on the papers.

    A temporary restraining order may be issued only if "immediate and irreparable injury, loss, or damage will result to the applicant" if the order does not issue. Fed. R. Civ. P. 65(b). To obtain a temporary retraining order, the moving party must

establish either: (1) a combination of probable success on the merits and the possibility of irreparable harm, or (2) that serious questions regarding the merits exist and the balance of hardships tips sharply in the moving party's favor. See Baby Tam & Co. v. City of Las Vegas, 154 F.3d 1097, 1100 (9th Cir. 1998); Rodeo Collection, Ltd. v. W. Seventh, 812 F.2d 1215, 1217 (9th Cir. 1987).

The Court finds that Plaintiff has made a sufficient showing of likely success on the merits of his claim and of irreparable harm to justify granting the relief he seeks. Therefore, his motion for a temporary restraining order is GRANTED and it is hereby ORDERED that Defendants and their agents, servants and employees are hereby restrained and enjoined, pending a hearing for a preliminary injunction, from undertaking or permitting any action of any kind that causes the sale or passing of the title of the property located at 7345 Holly Street in Oakland, California. Defendants are further enjoined from undertaking any action to effect an assignment of rents or hinder Plaintiff's ability to manage his property or enjoy the fruits of his property. This temporary restraining order is effective on Plaintiff's posting a bond in the amount of $1,000.

It is further ORDERED that Defendants show cause before this Court on December 6, 2007 at 2:00 p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendants or their agents during the pendency of this action from undertaking or permitting any action of any kind that causes the

sale or passing of the title of the property located at 7345 Holly Street in Oakland, California.

If Defendants wish, they may respond to this order to show cause by filing an additional written submission on or before November 29, 2007; if Defendants file no such written submission, the Court will deem their written opposition to Plaintiff's application for a temporary restraining order to be a sufficient response to this order to show cause. If Defendants do file an additional written submission, Plaintiff may reply on or before December 4, 2007.

IT IS SO ORDERED.

Dated: NOV 20 2007

CLAUDIA WILKEN
United States District Judge