UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOPEZ,

    Plaintiff,

v.

GMAC MORTGAGE CORP. ET AL,

    Defendant.

NO. C 07-03911 CW

**MINUTE ORDER**
Date: 12/6/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Thomas Speilbauer

**Appearances for Defendant:**
Lori Wallerstein

**Motions:**

OSC for preliminary injunction     Granted

Further briefing due:
Order to be prepared by:  Court

Notes:  Court grants preliminary injunction on the condition that Plaintiff maintain a separate interest bearing joint account with his attorney's signature included.  Plaintiff to deposit the amount he has in escrow as of today plus the monthly payments and 1/12 the amount of taxes and insurance due.  Plaintiff to exonerate the bond in Alameda County and place that amount in the account.  Plaintiff counsel to get statement of amount in escrow as of today and fax it to defense counsel.  **Court refers this case to a Magistrate Judge for a settlement conference to be held ASAP (before CMC currently set for 1/10/08) at the convenience of the Magistrate Judge's calendar.**

Copies to:  Chambers; Wings/Venice; ADR