IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO LOPEZ, | No. C 07-3911 CW |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE |
| vs. | |
| GMAC MORTGAGE CORPORATION et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for January 2, 2008 at 1:00 p.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

The parties shall notify Magistrate Judge Vadas' courtroom deputy, Gloria Masterson, immediately at (707) 445-3612 if this case settles prior to the date set for Settlement Conference.

SO ORDERED.

Dated: 12/11/07

NANDOR J. VADAS
United States Magistrate Judge