*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*



March 31, 2007

Marcos C Lopez
7345 Holly Street
Oakland, CA 94621



Reference # 070891222068 /MKS/ACCOUNT # 134216910

Dear Marcos C Lopez:

Recently you contacted us regarding the following Bill Payments:

    Reference Numbers: 10074 and 10087
    Issued on: January 16, 2007 and February 14, 2007
    Payable to: Greenpoint Mortgage
    Payment Amounts: $1,111.98 each

We appreciate your patience while waiting for our response.

So that Greenpoint Mortgage may further research these payments, we have forwarded proof of the Electronic Fund Transfer (EFT) to them. We also asked that any late fees you may have incurred be credited to your account.

You may use this letter and your monthly Citibank account statement as proof that your payments were disbursed according to your instructions.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*R. Tobias*

R. Tobias

Client Research

                                                (510) 798-2977
                                                Attn: Resource Dept.

The Citibank Service Center provides client account services for Citibank, N.A.

*Loss Mitigation* (handwritten)

*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*



0307664370 (handwritten)
(510) 7982977 (handwritten)

June 12, 2007

Marcos C. Lopez
7345 Holly Street
Oakland, CA 94621-2831

Reference # 071621052358 /vdv/ACCOUNT # 134216910

Dear Marcos C. Lopez:

Recently you contacted us regarding the following Bill Payment:

　　Reference Number: 10074 and 10087
　　Issued on: January 16, 2007 and February 14, 2007
　　Payable to: Greenpoint Mortgage Funding
　　Payment Amount: $1,111.98

We appreciate your patience while waiting for our response.

So that Greenpoint Mortgage Funding may further research these payments, we have forwarded proof of the Electronic Fund Transfer (EFT) to them. We also asked that any late fees you may have incurred be credited to your account.

You may use this letter and your monthly Citibank account statement as proof that your payment was disbursed according to your instructions.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*I. Salinas* (signature)

I. Salinas

Client Research

The Citibank Service Center provides client account services for Citibank, N.A.

*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*



June 28, 2007

Marcos C. Lopez
7345 Holly Street
Oakland, CA 94621-2831

Reference # 071781609288 /VSR/ACCOUNT # 134216910

Dear Marcos C Lopez:

Recently you contacted us regarding the following Bill Payment:

    Reference Number: 10074, 10087
    Issued on: January 16, 2007, February 14, 2007
    Payable to: Greenpoint Mortgage Funding
    Payment Amount: $1,111.98 each

We appreciate your patience while waiting for our response.

So that Greenpoint Mortgage Funding may further research these payments, we have forwarded proof of the Electronic Fund Transfer (EFT) to them. We also asked that any late fees you may have incurred be credited to your account.

You may use this letter and your monthly Citibank account statement as proof that your payments were disbursed according to your instructions.

We hope this resolves any remaining questions regarding the transaction.

If you have any additional questions regarding your account, please contact Citibank Online Customer Service at 1-800-627-3999. Speech or hearing impaired customers may call our text telephone service at 1-800-788-0002. Representatives are available to assist you 24 hours a day, 7 days a week. You may also access your account information online at www.citibankonline.com.

Sincerely,

*I. Salinas*

I. Salinas

Client Research

The Citibank Service Center provides client account services for Citibank, N.A.