Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Marcos Lopez, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS LOPEZ,<br><br>　　　　　　Plaintiff.<br><br>v.s.<br><br>GMAC MORTGAGE CORPORATION USA, et Al.,<br>　　　　　　Defendants. | No: **4:07-cv-3911-CW**<br><br>DECLARATION OF THOMAS SPIELBAUER |

　　　I, Thomas Spielbauer, do hereby declare.

　　　I am the attorney for Marcos Lopez, who is the plaintiff in this matter.

　　　During the week of December 11, 2007, Marcos Lopez tendered to me in the form of certified funds the amount of $2,200. I thereafter deposited this amount into my attorney trust fund account on or about December 13, 2007. Wells Fargo thereafter credited this deposit to my account on December 17, 2007.

　　　Initially, Marcos Lopez was going to open a separate savings account in his and my name as a trust or escrow account for past due mortgage payments. However, due to significant logistical difficulties in doing this, I instructed Mr. Lopez to send to me those funds and that I would place them into my attorney trust account.

　　　These funds of $2,200 are currently residing in my trust account.

-1-

1  I declare under penalty of perjury that the foregoing is true and correct to
2  the best of my knowledge and information.  Executed in San Jose, California this
3  Friday, December 28, 2007.

*[signature: Thomas J. Spiel]*

by Thomas Spielbauer, Esq.
Attorney for Plaintiff, Marcos Lopez