*Lopez v. GMAC Mortgage et Al.*
Northern District of California Case Number 4:07-cv-3911-CW

## CERTIFICATE OF SERVICE

I, Thomas Spielbauer, declare:

I am a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years. My contact address is 50 Airport Parkway, San Jose, CA 95110.

On December 28, 2007, I filed the SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF MARCOS LOPEZ, Exhibits, and DECLARATION OF THOMAS SPIEBAUER via the Northern District of California Court's ECF web site. Counsel for defendant GMAC Mortgage and GREENPOINT Mortgage are registered ECF users in the Northern District. Their email addresses appear on the docket of this matter. Pursuant to Northern District General Order 45, the service of this amended complaint was effected at the time of filing, and notification by email of counsel for GMAC and GREENPOINT by the ECF website.

Additionally, I sent a copy of these documents to counsel for GMAC and for GREENPOINT by email and via confirmed facsimile transmission. I did this by sending these documents to the following persons and addresses:

● Counsel for GMAC and Executive Trust Deed: Glenn Wechsler, Esq., glenn@glennwechsler.com and fax (925)274-0202.

● Counsel for GREENPOINT MORTGAGE: Ron Arlas, Esq., ron.arlas@greenpoint.com and fax (415)878-3595. Also, Edward Rick Buell, III, Esq., ted.buell@greenpoint.com and fax (415)878-3595.

//
//

1  I declared under penalty of perjury that the foregoing is true and correct to
2  the best of my knowledge.   Executed in San Jose, California on December 28,
3  2007.

*[signature: Thomas J Spielbauer]*

Thomas Spielbauer