Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: glenn@glennwechsler.com

Attorney for Defendants
GMAC MORTGAGE CORPORATION and
EXECUTIVE TRUSTEE SERVICES, LLC
erroneously sued as EXECUTIVE TRUST DEED
SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARCOS LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE CORP., et al.,<br><br>    Defendants. | CASE NO. C07-03911 CW<br><br>STIPULATION TO DISSOLVE PERLIMINARY INJUNCTION AND DISMISSAL WITH PREJUDICE; ORDER ON STIPULATION |

Pursuant to the settlement of the parties made in open court and good cause appearing therefor:

IT IS HEREBY STIPULATED by and between plaintiff MARCOS LOPEZ and defendants GMAC MORTGAGE CORPORATION, EXECUTIVE TRUSTEE SERVICES LLC, (erroneously sued as Executive Trust Deed Services, Inc.) and GREENPOINT MORTGAGE FUNDING INC., by and through their attorneys of record, that the Preliminary Injunction issued by this Court on or about December 6, 2007, whereby the Court enjoined the pending nonjudicial foreclosure proceedings pertaining to the real property which is the subject of this action and

STIPULATION TO DISSOLVE PRELIMINARY
INJUNCTION AND DISMISSAL WITH PREJUDICE;
ORDER ON STIPULATION - Page 1 of 4

United States District Court, Northern District of California
Case No.07-03911 CW

commonly known as 7345 Holly Street, Oakland, California, is hereby immediately dissolved. Pursuant to the parties' agreement, GMAC MORTGAGE CORPORATION and EXECUTIVE TRUSTEE SERVICES LLC, (erroneously sued as Executive Trust Deed Services, Inc.) may pursue foreclosure of the real property which is the subject of this action and commonly known as 7345 Holly Street, Oakland, California. The parties stipulate that the foreclosure sale of the property of 7345 Holly Street is moot in light of the deed in lieu of foreclosure which has been executed by Marcos Lopez. GMAC has the right to record forthwith this deed. The occupants of 7245 Holly Street, Oakland shall further have the right to remain on the premises until April 1, 2008.

The defendants in this matter stipulate and agree that no defendant shall seek any judgment against plaintiff Marcos Lopez. Specifically, defendant Greenpoint Mortgage shall not pursue any collections activity on any indebtedness which it holds on the property of 7245 Holly Street, Oakland, CA.

IT IS HEREBY FURTHER STIPULATED by and between plaintiff MARCOS LOPEZ and defendants GMAC MORTGAGE CORPORATION, EXECUTIVE TRUSTEE SERVICES LLC, (erroneously sued as Executive Trust Deed Services, Inc.) and GREENPOINT MORTGAGE FUNDING INC., by and through their attorneys of record, that the above-captioned matter, be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1) with each party to bear his/her/its own attorney fees and costs.

IT IS FURTHER STIPULATED by and between the Plaintiff and Defendants that all funds deposited by plaintiff into any special accounts during this litigation may be returned to plaintiff and that the bonds posted in Alameda Superior Court Action RG07336961 and in this matter be exhonorated and returned to plaintiff.

//

| | | |
|---|---|---|
| 1 | DATED: Feb 19, 2008 | LAW OFFICES OF GLENN H. WECHSLER |
| 2 | | |
| 3 | | By: _____ |
| 4 | | GLENN H. WECHSLER |
| | | Attorneys for Defendants |
| 5 | | GMAC MORTGAGE CORPORATION and |
| | | EXECUTIVE TRUSTEE SERVICES, LLC |
| 6 | | |
| 7 | DATED: Mar 05, 2008 | ARLAS & SMITHTON |
| 8 | | |
| 9 | | By: _____ |
| 10 | | RONALD M. ARIAS |
| | | Attorneys for Defendants |
| 11 | | GREENPOINT MORTGAGE FUNDING, INC. |
| 12 | | |
| 13 | DATED: Feb 12, 2008 | THE SPIELBAUER LAW FIRM |
| 14 | | |
| 15 | | By: _____ |
| | | THOMAS SPIELBAUER |
| 16 | | Attorneys for Plaintiff |
| | | MARCOS LOPEZ |

## ORDER ON STIPULATION

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the Preliminary Injunction issued by this Court on or about December 6, 2007, whereby the Court enjoined the pending nonjudicial foreclosure proceedings pertaining to the real property which is the subject of this action and commonly known as 7345 Holly Street, Oakland, California, is hereby immediately dissolved. Pursuant to the parties' agreement, GMAC MORTGAGE CORPORATION and EXECUTIVE TRUSTEE SERVICES LLC, (erroneously sued as Executive Trust Deed Services, Inc.), GMAC may record forthwith the deed in lieu of foreclosure executed by plaintiff Marcos Lopez. Plaintiff Marcos Lopez may remain in possession of the property commonly known as 7345 Holly Street, Oakland, California until April 1, 2008.

IT IS HEREBY FURTHER ORDERED that the above-captioned matter, be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1) with each party to bear his/her/its own attorney fees and costs. As a condition of this dismissal, no defendant shall pursue collection of any indebtedness on this property against plaintiff. All funds deposited by plaintiff into any special accounts during this litigation may be returned to plaintiff.

IT IS FURTHER ORDERED that the bonds posted in Alameda Superior Court Action RG07336961 and in this matter be returned to plaintiff, through plaintiff's counsel, forthwith.

DATED: 3/13/08

CLAUDIA WILKEN
United States District Judge

G:\Glenn\DOCS\GMAC\LOPEZ\Stipulation to Dismiss.doc